AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

v.

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

Case No.

USM No.

_____
Defendant's Attorney

**THE DEFENDANT:**

☐  **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| | | | |

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ | $ |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:

Date of Imposition of Judgment

*K— Berg*
Signature of Judge

Name and Title of Judge

Date